IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RITA LEMMENS,

                        Plaintiff,                          ORDER

            v.                                          06-cv-473-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

---

Plaintiff Rita Lemmens has filed a motion pursuant to 42 U.S.C. § 406(b) asking this court to approve the payment of attorney fees to her attorney, Dana Duncan, in the amount of $16,588.50. This amount represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration. Having considered the brief and supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by Duncan are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.

ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Plaintiff's attorney, Dana Duncan, is

entitled to attorney fees in the amount of $16,588.50, which represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration.

Entered this 13th day of October, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2